SARAH S. PRIMMER et al., Appellants, *v.* CLARA E. PRIMMER, Individually and as Executrix of JOHN D. PRIMMER, Deceased, Respondent.

*Primmer* v. *Primmer*, 166 App. Div. 402, affirmed.
(Submitted December 12, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 6, 1915, affirming a judgment in favor of defendant entered upon a verdict in an action commenced September 2, 1913, under section 2653a of the Code of Civil Procedure, as it then existed, to set aside a codicil to the last will and testament of John D. Primmer, deceased, upon the grounds that the decedent was incompetent to make the codicil and also of undue influence.

*Pierce H. Russell* and *Alvin E. Mambert* for appellants.

*Clarence E. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.